UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESUS M. ROMERO, SR., as "Next Friend," on behalf of J.R., a minor, | |
| Plaintiff, | |
| -against- | 23-CV-3708 (LTS) |
| BRONXCARE HOSPITAL; SECURITY OFFICER PEREZ; MILDRED OLIVERAS-RIVAS, Manager – Patient Relations; PATRICIA SNIPES, Patient Representative, | CIVIL JUDGMENT |
| Defendants. | |

For the reasons stated in the November 6, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  November 6, 2023
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge